**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 07-6907

───────────────

WILLIAM A. LARUE,

                              Petitioner - Appellant,

        versus

TERESA WAID, Warden,

                              Respondent - Appellee.

───────────────

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  John S. Kaull, Magistrate Judge.  (3:06-cv-00082-JPB)

───────────────

Submitted:  August 30, 2007        Decided:  September 10, 2007

───────────────

Before MICHAEL, KING, and SHEDD, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

William A. LaRue, Appellant Pro Se.  Dawn Ellen Warfield, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William A. LaRue seeks to appeal the report and recommendation of the magistrate judge entered May 21, 2007. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The orders LaRue seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>